# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) ) | Civil Action File No: |
| v. ) ) | 4:13-cv-48-BO |
| ATWELL CONSTRUCTION CO., ) INC., JAYCO HOLDINGS, INC., ) JAMES R. ATWELL, JR., ) individually, UNITA ATWELL, individually, and ) TARHEEL HOMES, INC., ) ) | |
| Defendants. ) | |

## CONSENT FINAL JUDGMENT

The Plaintiff, North American Specialty Insurance Company ("NAS" or "Plaintiff") and Atwell Construction Company, Inc. and Jayco Holdings, Inc., having stipulated and consented to entry of a final judgment by consent on Plaintiff's claims against the said Defendants;

NOW, THEREFORE, IT IS HEREBY ADJUDGED that:

Final Judgment is hereby entered in favor of Plaintiff and against Atwell Construction Company, Inc. and Jayco Holdings, Inc., jointly and severally, in the amount of $800,000.00 with interest to accrue at the

Consent Final Judgment, North American Specialty Insurance Company c. Atwell Construction Company, Inc., et al., Civil Action File No. 4:13-cv-48, United States District Court, Eastern District of North Carolina   Page 1

Case 4:13-cv-00048-BO   Document 41   Filed 03/06/14   Page 1 of 3

statutory rate.

SO ORDERED this ___6___ day of ___March___, 2014.

_____
Judge
United States District Court, Eastern
District of North Carolina

Prepared and Consented to by:

FOR PLAINTIFF:

/s/ *Grier Newlin*
Grier G. Newlin, Esquire
THOMPSON &SLAGLE, LLC
12000 Findley Road
Suite 250
Johns Creek, GA 30097
(770) 662-5999

Consented by:

FOR DEFENDANTS:

Atwell Construction Company, Inc., James R. Atwell, Jr., Unita Atwell and Jayco Holdings, Inc.:
/s/ *Joseph N. Callaway*
Joseph N. Callaway, Esquire
W. Dudley Whitley, III, Esquire
BATTLE, WINSLOW, SCOTT AND WILEY, P.A.
P.O. Box 7100
2343 Professional Drive
Rocky Mount, NC 27804-0100

Consent Final Judgment, North American Specialty Insurance Company c. Atwell Construction Company, Inc., et al., Civil Action File No. 4:13-cv-48, United States District Court, Eastern District of North Carolina　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

Case 4:13-cv-00048-BO   Document 41   Filed 03/06/14   Page 2 of 3

(252) 937-2200
jcallaway@bwsw.com
wdudley@bwsw.com

For Defendant Tarheel Homes, Inc.:

*/s/ William Wolf*
William Wolf
Bugg & Wolf, P.A.
411 Andrews Road, Suite 170
PO Box 2917
Durham, NC 27705
Phone: (919) 383-9431
wjwolf@buggwolf.com

Consent Final Judgment, North American Specialty Insurance Company c. Atwell Construction Company, Inc., et al., Civil Action File No. 4:13-cv-48, United States District Court, Eastern District of North Carolina Page 3

Case 4:13-cv-00048-BO   Document 41   Filed 03/06/14   Page 3 of 3